UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MICHAEL WILLIAMSON, Plaintiff,

v. Civil Action No. 3:21-cv-227-DJH-RSE

COMMISSIONER OF SOCIAL SECURITY, Defendant.

\* \* \* \* \*

## ORDER

Plaintiff Michael Williamson filed this action seeking review of the decision by Defendant Commissioner of Social Security to deny Williamson's application for disability insurance benefits. (Docket No. 1) The case was referred to Magistrate Judge Regina S. Edwards for report and recommendation. Judge Edwards issued her Report and Recommendation on May 18, 2022, recommending that the Commissioner's decision be affirmed. (D.N. 24) The time for objections to the magistrate judge's recommendation has now run, with no objections filed. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the report and recommendation, the Court may adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's conclusions. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Report and Recommendation of Magistrate Judge Regina S. Edwards (D.N. 24) is **ADOPTED** in full and **INCORPORATED** by reference herein.

(2) A separate judgment will be entered this date.

June 8, 2022

David J. Hale, Judge
United States District Court